UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|         ) | |
|     Plaintiff,       ) | |
|         ) | Case No.:  CR 07-184 MJP |
|     v.         ) | |
|         ) | |
| DYLON MARLER,         ) | DETENTION ORDER |
|         ) | |
|     Defendant.     ) | |
| _____ ) | |

Offense Charged:

Count 1:  Conspiracy to Distribute MDMA, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

Count 2: Manufacturing Marijuana, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C)(2).

Date of Detention Hearing:

On March 14, 2007, the defendant made his initial appearance.  On March 19, 2007, United States Magistrate Judge James P. Donohue released defendant on an appearance bond which included restrictions that the defendant not use, consume, or possess a controlled substance, unless the substance was prescribed to him by a physician, that he submit to drug and alcohol testing, and that he comply with drug testing.

On May 25, 2007, the defendant appeared to enter a plea of guilty to Count 1 of an

01 Information charging him with conspiracy to distribute MDMA. Sentencing was set for

02 September 14, 2007, before the Honorable Marsha J. Pechman, but was later rescheduled for

03 November 27, 2007.

04     On August 21, 2007, a hearing took place before the Honorable Mary Alice Theiler as to

05 whether the defendant's pretrial bond should be revoked due to admitted violations. The

06 defendant was released on a bond modificiation. On October 1, 2007, Pretrial Services filed a

07 Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant

08 had violated the terms and conditions of his bond as follows:

09     1.     Dylon Marler has violated a condition of his bond that he not commit any federal,

10 state or local crime during the period of release, by attempting to fill a forged prescription for

11 oxycodone on or about September 25, 2007.

12     The undersigned Magistrate Judge issued a warrant for the defendant. On October 3,

13 2007, the defendant appeared and was advised of his rights, including his right to an evidentiary

14 hearing on the petition for violation of pretrial supervision. He requested an evidentiary hearing

15 on the same, which was scheduled for October 16, 2007.

16     On October 16, 2007, the defendant appeared for his evidentiary hearing. No hearing took

17 place. Instead, the defendant stipulated to detention pending sentencing before the Honorable

18 Marsha J. Pechman and revocation of the bond.

19     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20 based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

21     <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22     (1)     The defendant has pleaded guilty to Count 1 of the indictment.

23     (2)     At an evidentiary hearing on the issue of whether the defendant violated the terms

24 of his pretrial bond, the defendant stipulated to detention pending sentencing.

25     IT IS THEREFORE ORDERED:

26     (1)     Defendant shall be detained pending trial and committed to the custody of the

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 2

01        Attorney General for confinement in a correction facility separate, to the extent

02        practicable, from persons awaiting or serving sentences or being held in custody

03        pending appeal;

04   (2)    Defendant shall be afforded reasonable opportunity for private consultation with

05        counsel;

06   (3)    On order of a court of the United States or on request of an attorney for the

07        government, the person in charge of the corrections facility in which defendant is

08        confined shall deliver the defendant to a United States Marshal for the purpose of

09        an appearance in connection with a court proceeding; and

10   (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

11        counsel for the defendant, to the United States Marshal, and to the United States

12        Pretrial Services Officer.

13   DATED this 18th day of October, 2007.

14

15                        JAMES P. DONOHUE
United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                    15.13
18 U.S.C. § 3142(i)                                 Rev. 1/91
PAGE 3